**IT IS FURTHER ORDERED** that plaintiff's claim for equitable relief concerning the future exercise of its power development rights under, *inter alia*, Article 19 of the 1991 Contract, shall be and hereby is DISMISSED without prejudice as being unripe and premature;

**IT IS FURTHER ORDERED** that plaintiff's Motion for Reconsideration, filed March 17, 2006 (dkt. no. 366), was and is hereby DENIED;

**IT IS FURTHER ORDERED** that any claims pleaded by plaintiff in the above-captioned proceedings that were not dismissed by the entry of the Stipulated Order of Partial Dismissal, filed April 17, 2003 (dkt. no. 117), nor addressed by this court's Memorandum Opinion, filed March 3, 2006 (dkt. no. 362), its Order re: Pending Motions, filed March 13, 2006 (dkt. no. 363), or by this Memorandum Opinion & Order, shall be and hereby are DISMISSED with prejudice.

Each party shall bear its own costs of action.

DATED this 7th day of June, 2007.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge